Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−32405−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rommel E. Laurencio | Christine E. Laurencio |
| 1467 North Valley Ave | 1467 North Valley Ave |
| Vineland, NJ 08360 | Vineland, NJ 08360 |

Social Security No.:
   xxx−xx−4572                                          xxx−xx−6560

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: January 15, 2018
JAN: admi

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Rommel E. Laurencio  
Christine E. Laurencio  
    Debtors

Case No. 17-32405-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 16, 2018  
                  Form ID: finmgtc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.  
db/jdb     +Rommel E. Laurencio,  Christine E. Laurencio,  1467 North Valley Ave,  Vineland, NJ 08360-2430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg     E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2018 00:01:20     U.S. Attorney,  970 Broad St.,  Room 502,  Rodino Federal Bldg.,  Newark, NJ 07102-2534  
smg     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2018 00:01:18     United States Trustee,  Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,  Newark, NJ 07102-5235
                                                                                                                                TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2018 at the address(es) listed below:
         Andrew Thomas Archer    on behalf of Debtor Rommel E. Laurencio aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Andrew Thomas Archer    on behalf of Joint Debtor Christine E. Laurencio aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc. rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                           TOTAL: 6