

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Toyota Lease Trust | Order Filed on March 26, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:    17-32405 JNP<br><br>Chapter: 13 |
| In Re:<br><br>Christine E. Laurencio, Rommel E. Laurencio<br><br>Debtors. | Judge:  Jerrold N. Poslusny Jr. |

## ORDER VACATING AUTOMATIC STAY

 The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 26, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor:     Christine E. Laurencio, Rommel E. Laurencio
Case No.:   17-32405 JNP
Caption:    **ORDER VACATING AUTOMATIC STAY**

This matter having been brought before the Court byDenise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Toyota Lease Trust, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property of 2015 TOYOTA SIENNA , VIN:5TDKK3DC4FS538361, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor Andrew Thomas Archer, Esq., attorney for Debtor, and for good cause having been shown

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2015 TOYOTA SIENNA , VIN:5TDKK3DC4FS538361 is hereby vacated effective April 1, 2018; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said vehicle is no longer property of the bankruptcy estate, having been returned to Secured Creditor at the expiration of the lease in April 2018; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property.

It is further **ORDERED, ADJUDGED and DECREED** that the 14-day stay of Rule 4001 is hereby waived.