Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–32405–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rommel E. Laurencio                Christine E. Laurencio
1467 North Valley Ave              1467 North Valley Ave
Vineland, NJ 08360                 Vineland, NJ 08360

Social Security No.:
   xxx–xx–4572                     xxx–xx–6560

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 21, 2017.

On 4/5/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:            May 9, 2018
Time:            09:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 9, 2018
JAN: kaj

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-32405-JNP
Rommel E. Laurencio                                                 Chapter 13
Christine E. Laurencio
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Apr 09, 2018
                              Form ID: 185         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2018.
```
db/jdb         +Rommel E. Laurencio,    Christine E. Laurencio,    1467 North Valley Ave,
                 Vineland, NJ 08360-2430
517160997     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517160998      +Cap1/bstby,    PO Box 30285,    Salt Lake City, UT 84130-0285
517160999      +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
517161000      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517161001      +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517161004      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517325660      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517161007      +Inspira Medical Centers, Inc.,    PO Box 48274,    Newark, NJ 07101-8474
517161010      +Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
517161013      +Lourdes Medical Associates,    PO Box 824626,    Philadelphia, PA 19182-4626
517161018      +PMAB, LLC,    4135 South Stream Blvd,    Suite 400,    Charlotte, NC 28217-4636
517161016      +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
517161019      +Remex,    307 Wall St,    Princeton, NJ 08540-1515
517235649     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    PO Box 283,    Trenton, NJ 08602)
517161020      +South Jersey HS Emg Phys Sv, PA,    PO Box 740021,    Cincinnati, OH 45274-0021
517161021      +South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
517161022     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517221120      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2018 23:27:39     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2018 23:27:35     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517160996     +E-mail/Text: ally@ebn.phinsolutions.com Apr 09 2018 23:26:52     Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517189817      E-mail/Text: ally@ebn.phinsolutions.com Apr 09 2018 23:26:52     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517359462     +E-mail/Text: bnc@bass-associates.com Apr 09 2018 23:26:52     Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
517161003     +E-mail/Text: kzoepfel@credit-control.com Apr 09 2018 23:27:42     Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
517161005     +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 09 2018 23:28:38
                 Credit Collection Services,    725 Canton St,    Norwood, MA 02062-2679
517197503      E-mail/Text: mrdiscen@discover.com Apr 09 2018 23:26:55     Discover Bank,
                 Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
517161006     +E-mail/Text: mrdiscen@discover.com Apr 09 2018 23:26:55     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517161009     +E-mail/Text: cio.bncmail@irs.gov Apr 09 2018 23:27:13     Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
517161014     +E-mail/Text: rknorr@oceanfirst.com Apr 09 2018 23:28:21     OceanFirst Bank,    975 Hooper Ave,
                 Toms River, NJ 08753-8320
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517161002*    +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517161008*    +Inspira Medical Centers, Inc.,    PO Box 48274,    Newark, NJ 07101-8474
517161011*    +Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
517161012*    +Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
517161015*    +OceanFirst Bank,    975 Hooper Ave,    Toms River, NJ 08753-8320
517161017*    +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
                                                                                 TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1           User: admin                  Page 2 of 2                   Date Rcvd: Apr 09, 2018
                               Form ID: 185                 Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Rommel E. Laurencio aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Joint Debtor Christine E. Laurencio
               aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```