Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−32405−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rommel E. Laurencio
1467 North Valley Ave
Vineland, NJ 08360

Christine E. Laurencio
1467 North Valley Ave
Vineland, NJ 08360

Social Security No.:
xxx−xx−4572

xxx−xx−6560

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       8/2/18
Time:       02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney

COMMISSION OR FEES
$1100

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 11, 2018
JAN: kaj

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 17-32405-JNP
Rommel E. Laurencio                                                Chapter 13
Christine E. Laurencio
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Jun 11, 2018
                              Form ID: 137                 Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
db/jdb         +Rommel E. Laurencio,    Christine E. Laurencio,    1467 North Valley Ave,
                 Vineland, NJ 08360-2430
517160999      +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
517161001      +Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
517161004      +Chase Card,    Attn: Correspondence Dept,   Po Box 15298,    Wilmington, DE 19850-5298
517325660      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517161007      +Inspira Medical Centers, Inc.,    PO Box 48274,   Newark, NJ 07101-8474
517161010      +Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
517161013      +Lourdes Medical Associates,    PO Box 824626,   Philadelphia, PA 19182-4626
517161018      +PMAB, LLC,    4135 South Stream Blvd,   Suite 400,    Charlotte, NC 28217-4636
517161016      +Philadelphia Fed Cr Un,    12800 Townsend Rd,   Philadelphia, PA 19154-1095
517161019      +Remex,    307 Wall St,   Princeton, NJ 08540-1515
517558692     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
517161020      +South Jersey HS Emg Phys Sv, PA,    PO Box 740021,    Cincinnati, OH 45274-0021
517161021      +South Jersey Radiology,    PO Box 1710,   Voorhees, NJ 08043-7710
517161022     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    Po Box 8026,   Cedar Rapids, IA 52408)
517221120      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2018 23:29:51      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2018 23:29:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517160996      +E-mail/Text: ally@ebn.phinsolutions.com Jun 11 2018 23:28:53      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517189817       E-mail/Text: ally@ebn.phinsolutions.com Jun 11 2018 23:28:53      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517160998      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2018 23:38:03      Cap1/bstby,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
517161000      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2018 23:38:30      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517359462      +E-mail/Text: bnc@bass-associates.com Jun 11 2018 23:28:52      Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
517161003      +E-mail/Text: kzoepfel@credit-control.com Jun 11 2018 23:29:53      Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
517161005      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 11 2018 23:30:33
                 Credit Collection Services,    725 Canton St,   Norwood, MA 02062-2679
517197503       E-mail/Text: mrdiscen@discover.com Jun 11 2018 23:28:54      Discover Bank,
                 Discover Products Inc.,    PO Box 3025,   New Albany, OH 43054-3025
517161006      +E-mail/Text: mrdiscen@discover.com Jun 11 2018 23:28:54      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517161009      +E-mail/Text: cio.bncmail@irs.gov Jun 11 2018 23:29:10      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA 19101-7346
517161014      +E-mail/Text: collectionbankruptcy@oceanfirst.com Jun 11 2018 23:30:21      OceanFirst Bank,
                 975 Hooper Ave,    Toms River, NJ 08753-8320
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517161002*      +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
517161008*      +Inspira Medical Centers, Inc.,    PO Box 48274,    Newark, NJ 07101-8474
517161011*      +Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
517161012*      +Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
517161015*      +OceanFirst Bank,    975 Hooper Ave,   Toms River, NJ 08753-8320
517161017*      +Philadelphia Fed Cr Un,    12800 Townsend Rd,   Philadelphia, PA 19154-1095
517235649*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    PO Box 283,   Trenton, NJ 08602)
517160997      ##+Bank Of America,    Nc4-105-03-14,   Po Box 26012,    Greensboro, NC 27420-6012
                                                                                     TOTALS: 0, * 7, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 11, 2018
                              Form ID: 137             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Rommel E. Laurencio aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Joint Debtor Christine E. Laurencio
               aarcher@brennerlawoffice.com,  bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```