UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andrew T. Archer, Esq.
Brenner, Spiller & Archer
175 Richey Avenue
W. Collingswood, NJ 08107
(856) 963-5000 Attorney for Debtors
ATA 005272008

In Re:
Rommel E. Laurencio
Christine E. Laurencio,
Debtors

Case No.: 17-32405

Judge: JNP

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☑ Motion for Relief from the Automatic Stay filed by  Homebridge Financial  creditor,

   A hearing has been scheduled for  7/31/18 , at  10:00 am 

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   ☑ Payments have been made in the amount of $ 2,700 per month , but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**): Monthly Mortgage by 2/1/17 to 1,921.22 and it was Increased since Filing for Bankruptcy to 2,249.04. Why?? Copy of Statement Enclosed –

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 7/15/18

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15