UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew Sklar, Esquire (AS3105)
Sklar Law, LLC
1200 Laurel Oak Road – Ste 102
Voorhees, New Jersey 08043
(856) 258-4050
Atty for Creditor Rancocas Anesthesiology, PA

In Re:

**ROMMEL E. LAURENCIO and
CHRISTINE E. LAURENCIO**

Order Filed on November 27, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: **17-32405/JNP**

Adv. No.:

Hearing Date: 11/27/18 @ 10:00 am

Judge: Jerrold N Poslusny

### ORDER DETERMINING CLAIM #10 FILED BY RANCOCAS ANESTHESIOLOGY PA IS DEEMED TO BE TIMELY FILED

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: November 27, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(PAGE 2)**

Debtor:     **ROMMEL E. LAURENCIO and CHRISTINE E. LAURENCIO**
Case No.:   **17-32405/JNP**
Caption:    **ORDER DETERMING 10 FILED BY RANCOCAS ANESTHESIOLOGY PA TO BE TIMELY FILED**

---

**THIS MATTER** having come before the Court upon the motion of Andrew Sklar, Esquire, for an Order determining that Claim #10 filed by Rancocas Anesthesiology, PA, be deemed timely filed; and for good cause shown;

**IT IS ORDERED** that Rancocas Anesthesiology, PA**'s** Proof of Claim, Claim #10, filed on October 18, 2018, is deemed to be timely filed in this matter.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee is authorized to pay this claim.