UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (AS3105)
SKLAR LAW, LLC
1200 Laurel Oak Road, Suite 102
Voorhees, New Jersey 08043
(856) 258-4050
Attorneys for Creditor Rancocas Anesthesiology, PA

In Re:

ROMMEL E. LAURENCIO and
CHRISTINE E. LAURENCIO

Case No.: 17-32405/JNP

Chapter: 13

Adv. No.: 

Hearing Date: 11/27/18

Judge: Jerrold N Poslusny

## CERTIFICATION OF SERVICE

1. I, DOLORES E MURPHY :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Andrew Sklar, who represents Rancocas Anesthesiology, PA in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On 11/27/2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   a copy of the Order Determining Claim #10 filed by Rancocas Anesthesiology PA is Deemed to be Timely Filed, signed by the Honorable Jerrold N Poslusny and filed with the Clerk of the Court on November 27, 2018.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/27/2018

/s/ Dolores E. Murphy
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rommel E. Laurencio<br>Christine E. Laurencio<br>1467 North Valley Ave<br>Vineland, NJ 08360 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Thomas Archer, Esquire<br>Brenner Spiller & Archer<br>175 Richey Ave<br>Collingswood, NJ 08107 | Atty for Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C Balboa, Chapter 13 Trustee<br>OFFICE OF CHAPTER 13 STANDING TRUSTEE<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| OFFICE OF US TRUSTEE<br>ONE NEWARK CTR, STE 2100<br>NEWARK, NJ 07102 | USTO | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |