UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew Sklar, Esquire (AS3105)
Sklar Law, LLC
1200 Laurel Oak Road – Ste 102
Voorhees, New Jersey 08043
(856) 258-4050
Atty for Creditor Rancocas Anesthesiology, PA

Order Filed on November 27, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

**ROMMEL E. LAURENCIO and
CHRISTINE E. LAURENCIO**

Case No.: **17-32405/JNP**

Adv. No.:

Hearing Date: 11/27/18 @ 10:00 am

Judge: Jerrold N Poslusny

**ORDER DETERMINING CLAIM #10 FILED BY
RANCOCAS ANESTHESIOLOGY PA
<u>IS DEEMED TO BE TIMELY FILED</u>**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: November 27, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: **ROMMEL E. LAURENCIO and CHRISTINE E. LAURENCIO**
Case No.: **17-32405/JNP**
Caption: **ORDER DETERMING 10 FILED BY RANCOCAS ANESTHESIOLOGY PA TO BE TIMELY FILED**

---

**THIS MATTER** having come before the Court upon the motion of Andrew Sklar, Esquire, for an Order determining that Claim #10 filed by Rancocas Anesthesiology, PA, be deemed timely filed; and for good cause shown;

**IT IS ORDERED** that Rancocas Anesthesiology, PA**'s** Proof of Claim, Claim #10, filed on October 18, 2018, is deemed to be timely filed in this matter.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee is authorized to pay this claim.

United States Bankruptcy Court
District of New Jersey

In re:  
Rommel E. Laurencio  
Christine E. Laurencio  
     Debtors

Case No. 17-32405-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 27, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2018.  
db/jdb        +Rommel E. Laurencio,    Christine E. Laurencio,    1467 North Valley Ave,    Vineland, NJ 08360-2430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2018 at the address(es) listed below:

         Andrew   Sklar     on behalf of Creditor    Rancocas Anesthesiology PA andy@sklarlaw.com, dolores@sklarlaw.com  
         Andrew Thomas Archer     on behalf of Debtor Rommel E. Laurencio aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Andrew Thomas Archer     on behalf of Joint Debtor Christine E. Laurencio aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon     on behalf of Creditor    HomeBridge Financial Services, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Rebecca Ann Solarz     on behalf of Creditor    HomeBridge Financial Services, Inc. rsolarz@kmllawgroup.com  
         Rebecca Ann Solarz     on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                     TOTAL: 10