Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 17-32405 (JNP)**

Rommel E. Laurencio and Christine E. Laurencio  
1467 North Valley Avenue  
Vineland, NJ  08360

Monthly Payment: $1,133.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/19/2018 | $567.00 | 01/29/2018 | $573.00 | 02/23/2018 | $572.00 | 03/26/2018 | $572.00 |
| 04/23/2018 | $784.00 | 05/21/2018 | $784.00 | 06/18/2018 | $741.00 | 07/16/2018 | $740.00 |
| 08/13/2018 | $740.00 | 09/10/2018 | $1,062.00 | 10/09/2018 | $1,062.00 | 11/05/2018 | $1,062.00 |
| 12/03/2018 | $1,062.00 | 12/31/2018 | $1,133.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROMMEL E. LAURENCIO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $2,810.00 | $2,810.00 | $0.00 | $2,810.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $231.00 | $231.00 | $0.00 | $231.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $1,100.00 | $1,100.00 | $0.00 | $1,100.00 |
| 1 | ALLY FINANCIAL | 24 | $423.16 | $114.72 | $308.44 | $77.85 |
| 2 | BANK OF AMERICA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAP1/BSTBY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL COLLECTION SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAVALRY SPV I, LLC | 33 | $519.87 | $0.00 | $519.87 | $0.00 |
| 6 | CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | NEW PENN FINANCIAL, LLC | 24 | $22,703.61 | $6,154.37 | $16,549.24 | $4,176.23 |
| 8 | CHASE CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CREDIT COLLECTION SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DISCOVER BANK | 33 | $7,271.09 | $0.00 | $7,271.09 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LABORATORY CORPORATION OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LOURDES MEDICAL ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | OCEANFIRST BANK, N.A. | 33 | $16,705.26 | $0.00 | $16,705.26 | $0.00 |
| 16 | PMAB, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PHILADELPHIA F.C.U. | 33 | $1,434.98 | $0.00 | $1,434.98 | $0.00 |
| 18 | REMEX, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SOUTH JERSEY HS EMG PHYS SV, PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | TOYOTA LEASE TRUST | 24 | $127.77 | $127.77 | $0.00 | $127.77 |
| 22 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | HOMEBRIDGE FINANCIAL SERVICES, INC. | 13 | $531.00 | $531.00 | $0.00 | $531.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 24 | CHRISTINE E. LAURENCIO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | INSPIRA MEDICAL CENTERS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | LABORATORY CORPORATION OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | LABORATORY CORPORATION OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | OCEANFIRST BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | PHILADELPHIA F.C.U. | 33 | $875.69 | $0.00 | $875.69 | $0.00 |
| 32 | STATE OF NEW JERSEY | 28 | $504.15 | $0.00 | $504.15 | $0.00 |
| 33 | RANCOCAS ANESTHESIOLOGY, P.A. | 33 | $2,640.00 | $0.00 | $2,640.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2017 | 12.00 | $0.00 |
| 12/01/2018 | Paid to Date | $10,891.00 |
| 01/01/2019 | 47.00 | $1,133.00 |
| 12/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $11,454.00 |
| Total paid to creditors this period: | $9,053.85 |
| Undistributed Funds on Hand: | $1,040.09 |
| Arrearages: | $0.00 |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

Case 17-32405-JNP    Doc 66    Filed 02/16/19    Entered 02/16/19 19:52:09    Desc Main

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**