```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

In Re: _____

Case No.: _____

Chapter: _____

Judge: _____

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _____        _____
                                      Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

In Re: _____

Case No.: _____

Chapter: _____

Judge: _____

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _____        _____
                                        Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*