Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−32405−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rommel E. Laurencio | Christine E. Laurencio |
| 1467 North Valley Ave | 1467 North Valley Ave |
| Vineland, NJ 08360 | Vineland, NJ 08360 |

Social Security No.:
 xxx−xx−4572                              xxx−xx−6560

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: September 7, 2022
JAN: kaj

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Rommel E. Laurencio  
Christine E. Laurencio  
    Debtors

Case No. 17-32405-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Sep 07, 2022      Form ID: cscnodsc      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rommel E. Laurencio, Christine E. Laurencio, 1467 North Valley Ave, Vineland, NJ 08360-2430 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517160999 | + | Capital Collection Ser, 20 E Taunton Rd # Bilg50, Berlin, NJ 08009-2603 |
| 517161007 | + | Inspira Medical Centers, Inc., PO Box 48274, Newark, NJ 07101-8474 |
| 517161013 | + | Lourdes Medical Associates, PO Box 824626, Philadelphia, PA 19182-4626 |
| 517161016 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 517832281 | + | RANCOCAS ANESTHESIOLOGY PA, c/o SKLAR LAW LLC, 1200 LAUREL OAK RD, STE 102, VOORHEES, NJ 08043-4317 |
| 517235649 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 517161020 | + | South Jersey HS Emg Phys Sv, PA, PO Box 740021, Cincinnati, OH 45274-0021 |
| 517161021 | + | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 517558692 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 07 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 07 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517160996 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 07 2022 20:35:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517189817 | | Email/Text: ally@ebn.phinsolutions.com | Sep 07 2022 20:35:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517160997 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 07 2022 20:35:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517160998 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 07 2022 20:44:41 | Cap1/bstby, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517161000 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 07 2022 20:44:52 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517359462 | + | Email/Text: bnc@bass-associates.com | Sep 07 2022 20:35:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 517161001 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2022 20:45:06 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

Case 17-32405-JNP    Doc 81    Filed 09/09/22    Entered 09/10/22 00:15:39    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: cscnodsc | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517161003 | + | Email/Text: clientservices@credit-control.com | Sep 07 2022 20:35:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517161005 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 07 2022 20:36:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 517197503 | | Email/Text: mrdiscen@discover.com | Sep 07 2022 20:35:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 517161006 | + | Email/Text: mrdiscen@discover.com | Sep 07 2022 20:35:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517325660 | + | Email/Text: BKelectronicnotices@cenlar.com | Sep 07 2022 20:35:00 | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517161009 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 07 2022 20:35:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517161004 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 07 2022 20:44:51 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517161010 | | Email/Text: govtaudits@labcorp.com | Sep 07 2022 20:35:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 517932712 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 07 2022 20:35:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517932713 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 07 2022 20:35:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517161014 | + | Email/Text: collectionbankruptcy@oceanfirst.com | Sep 07 2022 20:35:00 | OceanFirst Bank, 975 Hooper Ave, Toms River, NJ 08753-8320 |
| 517161018 | + | Email/Text: EBN_Waco@Receivemorermp.com | Sep 07 2022 20:36:00 | PMAB, LLC, 4135 South Stream Blvd, Suite 400, Charlotte, NC 28217-4636 |
| 517161019 | + | Email/Text: clientservices@remexinc.com | Sep 07 2022 20:35:00 | Remex, 307 Wall St, Princeton, NJ 08540-1515 |
| 517161022 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 07 2022 20:35:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517221120 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 07 2022 20:35:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517161002 | *+ | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517161008 | *+ | Inspira Medical Centers, Inc., PO Box 48274, Newark, NJ 07101-8474 |
| 517161011 | *P++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270, address filed with court:, Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 517161012 | *P++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270, address filed with court:, Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 517161015 | *+ | OceanFirst Bank, 975 Hooper Ave, Toms River, NJ 08753-8320 |
| 517161017 | *+ | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| cr | ##+ | Rancocas Anesthesiology PA, Sklar Law LLC, Andrew Sklar, Esquire, 1200 Laurel Oak Road, Suite 102, Voorhees, NJ 08043-4317 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Sep 07, 2022 | Form ID: cscnodsc | Total Noticed: 35

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 09, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

**Name**     **Email Address**

Andrew Sklar
on behalf of Creditor Rancocas Anesthesiology PA andy@sklarlaw.com kathleen@sklarlaw.com

Andrew Thomas Archer
on behalf of Debtor Rommel E. Laurencio aarcher@spillerarcherlaw.com
bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Andrew Thomas Archer
on behalf of Joint Debtor Christine E. Laurencio aarcher@spillerarcherlaw.com
bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Gavin Stewart
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Rebecca Ann Solarz
on behalf of Creditor HomeBridge Financial Services  Inc. rsolarz@kmllawgroup.com

Rebecca Ann Solarz
on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11